UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MICHAEL BOVA, JR., | : | 1:25-CV-00470 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| SOCIAL SECURITY COMMISSIONER, | : | |
| | : | |
| Defendant. | : | |

## ORDER
January 12, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's motion (*doc. 16*) to dismiss, which is construed as a motion for summary judgment, is **GRANTED**, and this action is dismissed without prejudice. The Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge